LESLIE A. WULFF (CSBN 277979)
MANISH KUMAR (CSBN 269493)
ANN CHO LUCAS (CSBN 309026)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Leslie.Wulff@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>Defendant. | No: 3:17-CR-000249-EMC<br>**JOINT STIPULATION AND REQUEST FOR EXPEDITED SENTENCING AND [PROPOSED] ORDER**<br>DATE: August 2, 2017<br>TIME: 2:30 pm<br>JUDGE: Hon. Edward Chen |

The parties hereby submit this joint stipulation and request for expedited sentencing to occur on August 2, 2017, on the same date and time as the entry of change of plea and without referral to U.S. Probation. Defendant Bumble Bee Foods, LLC has agreed to waive its right to a presentence report and criminal history report. *See* Crim. Local R. 32-1(b). Further, Federal Rule of Criminal Procedure 32(c)(1)(A)(ii) permits the Court to impose sentence without the preparation of a presentence report if the Court finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553 and the Court explains its finding on the record.

//

The parties will submit sentencing memoranda in advance of the August 2, 2017 sentencing so as to provide the Court with a thorough and robust record that would obviate the need for a presentence report. Accordingly, the parties jointly request that this matter proceed directly to sentencing on August 2, 2017 following defendant's entry of change of plea. The parties have confirmed with the Courtroom Deputy that the proposed date is available for a sentencing hearing on the Court's calendar.

**IT IS SO STIPULATED.**

DATED: May 25, 2017                              Respectfully submitted,


 /s/ Mark Racanelli (with permission)             /s/ Leslie A. Wulff
Mark A. Racanelli                                 Leslie A. Wulff, Trial Attorney
Steven J. Olson                                   Manish Kumar, Assistant Chief
O'Melveny & Myers LLP                             Ann Cho Lucas, Trial Attorney
Counsel for Bumble Bee Foods, LLC                 U.S. Department of Justice
                                                  Antitrust Division

**IT IS SO ORDERED.**

_____
HON. EDWARD M. CHEN
United States District Judge

*[Signature stamp: IT IS SO ORDERED, Judge Edward M. Chen, United States District Court, Northern District of California]*

JOINT STIPULATION
AND PROPOSED ORDER
No. CR 3:17-00249 EMC