STEVEN J. OLSON (S.B. #182240)
solson@omm.com
ROBERT M. SWERDLOW (S.B. #200266)
rswerdlow@omm.com
MINA NOROOZKHANI (S.B. #281552)
mnoroozkhani@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California  90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430 6407

MARK A. RACANELLI (*pro hac vice*)
mracanelli@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

Attorneys for Defendant
Bumble Bee Foods, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>               Defendant. | Case No. 3:17-CR-00249-EMC<br><br>**BUMBLE BEE FOODS, LLC'S SENTENCING MEMORANDUM**<br><br>**<u>UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED</u>**<br><br>Hearing Date:  August 2, 2017<br>Time:  2:30 p.m.<br>Judge:  Hon. Edward M. Chen<br>Location:  Courtroom 5<br>               U.S. Courthouse<br>               450 Golden Gate Avenue<br>               San Francisco, CA 84102 |

1  Bumble Bee Foods, LLC ("Bumble Bee") comes before this Court for sentencing, having
2  pled guilty to one count of violating Section One of the Sherman Antitrust Act (15 U.S.C. § 1),
3  pursuant to a Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement with the
4  government.  Bumble Bee concurs with the government's calculation of the applicable fine range
5  under the Sentencing Guidelines, with the factual basis for the offense charged, and with the
6  recommended sentence set forth in the Plea Agreement.  Bumble Bee submits this Sentencing
7  Memorandum to provide the Court with additional information supporting the other terms of the
8  Plea Agreement.

9  Redacted

24  Bumble Bee is also committed to regaining any broken trust with its customers and the
25  public as a result of its involvement in the conduct that led to this plea.  The company voluntarily
26  hired a Chief Compliance Officer ("CCO") with federal law enforcement experience and wide-
27  ranging powers to develop and enforce new compliance programs to best position the company to
28  prevent unlawful activity in the future.  In the approximately ten months he has been on the job,

1  the CCO has established an ethics hotline to facilitate the reporting of claims of misconduct and
2  ethics issues, revised the Company's Code of Conduct, its Conflict of Interest policy, its Antitrust
3  and Competition Law policy, and its policy to encourage and protect those who report
4  misconduct.  He has developed new training materials on antitrust and related issues, begun to
5  train employees on Bumble Bee's new policies, and developed a protocol to monitor employee
6  communications, including emails and other communications of senior executives, to identify
7  communications that raise potential antitrust and other regulatory issues.  His work has
8  strengthened the Company's commitment to a culture of compliance.
9  Redacted

21  Bumble Bee respectfully requests that the Court sentence it in accordance with the terms
22  of its Plea Agreement.  Pursuant to Criminal Local Rule 32-1(b), and in light of the company's
23  precarious financial position, Bumble Bee also requests that the sentence be imposed immediately
24  (Continued on next page)

upon acceptance of the plea presently contemplated to be entered on August 2, 2017, or as soon thereafter as possible, without need of an evidentiary hearing or a presentence report.

Dated: July 19, 2017                     O'MELVENY & MYERS LLP

By:    /s/ *Steven J. Olson*
           Steven J. Olson

Attorneys for Defendant
Bumble Bee Foods, LLC