Pages 1 - 25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE EDWARD M. CHEN, JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | NO. CR 17-00249 EMC |
| | ) | |
| BUMBLE BEE FOODS, LLC, | ) | |
| | ) | San Francisco, California |
| Defendant. | ) | |
| _____ | ) | |
| | | Wednesday, August 2, 2017 |

TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:
                UNITED STATES DEPARTMENT OF JUSTICE
                Antitrust Division
                450 Golden Gate Avenue
                Box 36046, Room 10-0101
                San Francisco, California  94102
        BY:  LESLIE A. WULFF
             MANISH KUMAR

For Defendant:
                O'MELVENY & MYERS LLP
                400 South Hope Street
                Los Angeles, California  90071
        BY:  ROBERT SWERDLOW, ESQ.
             STEVEN J. OLSON, ESQ.

Reported By:  BELLE BALL, CSR 8785, CRR, RDR
            Official Reporter, U.S. District Court

(Appearances continued, next page)

**APPEARANCES, CONTINUED:**

**For Defendant:**
                        O'MELVENY & MYERS LLP
                        Times Square Tower
                        7 Times Square
                        New York, New York  10036
              BY:  MARK A. RACANELLI, ESQ.


                        SULLIVAN & CROMWELL LLP
                        125 Broad Street
                        New York, New York  10004-2498
              BY:  STEVEN L. HOLLEY, ESQ.

**Also Present:**         MARY JILL IRVIN
                        Senior Vice President, General Counsel
                        Bumble Bee Foods, LLC

<u>**Wednesday - August 2, 2017**</u>                                    <u>**3:33 p.m.**</u>

<u>P R O C E E D I N G S</u>

**THE CLERK:**  CR-17-00249, United States versus Bumble Bee Foods.

Counsel, please come to the podium and state your name for the record.

**MS. WULFF:**  Good afternoon, Your Honor.  Leslie Wulff on behalf of the United States.

**THE COURT:**  All right.  Thank you, Ms. Wulff.

**MR. KUMAR:**  Manish Kumar for the United States.  Good afternoon, Your Honor.

**THE COURT:**  All right.  Good afternoon, Mr. Kumar.

**MR. OLSON:**  Good afternoon, Your Honor.  Steven Olson with O'Melveny on behalf of defendant Bumble Bee Foods.  And with me at the lectern is the general counsel, Jill Irvin, of Bumble Bee Foods.

**THE COURT:**  Thank you.

**MR. OLSON:**  And joining us at the counsel table are Mark Racanelli and Robert Swerdlow of O'Melveny & Myers, and Steven Holley of Sullivan & Cromwell.

**THE COURT:**  All right.  Welcome, everyone.

All right.  We are here on a change of plea, and request to conduct sentencing as well.

**MS. WULFF:**  That's correct, Your Honor.

**THE COURT:**  All right.  So, why don't we go ahead and take

1    the plea at this point.

2        And so, Ms. Irvin, you will be representing the defendant in

3    this case?

4        **MS. IRVIN:**  Yes, Your Honor.

5        **THE COURT:**  All right.  So I need to ask a number of

6    questions, make sure that this is a voluntary act and a knowing

7    waiver of rights.  So, I'm going to have you first take the

8    oath.

9        (Mary Jill Irvin placed under oath)

10       **THE CLERK:**  Please state your full name, and spell your last

11   name.  And speak into the microphone.

12       **MS. IRVIN:**  Mary Jill Irvin, I-R-V-I-N.

13       **THE COURT:**  All right, Ms. Irvin, you understand that the

14   answers you give will be subject to penalty of perjury if you do

15   not answer my questions truthfully.

16       Correct?

17       **MS. IRVIN:**  Yes.

18       **THE COURT:**  Could you explain your position with Bumble Bee

19   Foods.

20       **MS. IRVIN:**  Yes.  I'm the general counsel and senior

21   vice-president.  Been an employee there for approximately ten

22   years.

23       **THE COURT:**  And you've been authorized to act and enter this

24   plea on behalf of your employer today?

25       **MS. IRVIN:**  Yes, I have been authorized by the board of

1  directors.

2  **THE COURT:**  All right.  And you understand why you are here

3  today.

4  **MS. IRVIN:**  Yes, I do.

5  **THE COURT:**  All right.  And, any reason to doubt Ms. Irvin's

6  competence to enter a plea on behalf of Bumble Bee?

7  **MS. WULFF:**  None, Your Honor.

8  **THE COURT:**  All right.

9  **MR. OLSON:**  No, Your Honor.

10  **THE COURT:**  All right.  Have you and your employer had

11  enough time to consult with counsel?

12  **MS. IRVIN:**  Yes, we have.

13  **THE COURT:**  And you have had a full discussion of what the

14  prosecutor would have to prove at trial, and any defenses the

15  company might have?

16  **MS. IRVIN:**  Yes.

17  **THE COURT:**  And the possible sentence that might be imposed

18  if defendant were convicted?

19  **MS. IRVIN:**  Yes.

20  **THE COURT:**  You are satisfied with the representation?

21  **MS. IRVIN:**  Yes.

22  **THE COURT:**  All right.  There are a number of constitutional

23  rights that your company has, that Bumble Bee has, some of which

24  would be waived by this.  I just want to make sure you

25  understand that.

1          You have the right to be represented by counsel, of course;

2      to be charged by an indictment; and to plead and maintain a

3      not-guilty plea.  And the right to a speedy and public jury

4      trial.

5          You understand that?

6      **MS. IRVIN:**  Yes, I do.

7      **THE COURT:**  And at that jury trial, the company would be

8      presumed innocent, and the burden would be on the government to

9      prove each count beyond a reasonable doubt to the satisfaction

10     of all 12 jurors, who have to reach a unanimous verdict in order

11     to convict.

12         You understand that?

13     **MS. IRVIN:**  Yes.

14     **THE COURT:**  At that trial, the government would have to

15     present evidence and call witnesses to testify here in open

16     court.  And that the company would have the right to confront

17     and cross-examine those witnesses.

18         Do you understand that?

19     **MS. IRVIN:**  Yes, I do.

20     **THE COURT:**  And the defendant would also have the right to

21     call witnesses on its own behalf, and to use the power of the

22     government -- or of the Court to subpoena documents and

23     witnesses not otherwise readily available.

24         Do you understand that?

25     **MS. IRVIN:**  Yes.

1   **THE COURT:**  The government -- I mean, the company would have

2   the right to testify through witnesses in this matter, but would

3   not have to.

4   Do you understand that?

5   **MS. IRVIN:**  I understand that.

6   **THE COURT:**  And if there were a conviction, the defendant

7   would have the right to appeal.

8   Do you understand that?

9   **MS. IRVIN:**  Yes.

10   **THE COURT:**  And that would be to appeal both any finding of

11   guilt, as well as any sentence that is imposed.

12   Correct?

13   **MS. IRVIN:**  Yes.

14   **THE COURT:**  All right.  Now, by entering this plea

15   agreement, a number of those rights would be waived, rights that

16   were set forth in the plea agreement which would include the

17   right to be charged by an indictment, to plead not guilty and to

18   maintain a not-guilty plea, to have a trial by jury as I

19   described, to confront and cross-examine witnesses and subpoena

20   witnesses, to appeal its conviction, and to appeal any

21   imposition of sentence, and to attack any appeal collaterally by

22   way of a writ or motion are being waived.

23   **MS. IRVIN:**  Yes, Your Honor.

24   **THE COURT:**  Okay.  Why don't you state the charge and the

25   maximum penalties that apply.

1    **MS. WULFF:**  Yes, Your Honor.

2    Bumble Bee has been charged with a single-count violation of

3    the Sherman Act, which is 15 U.S.C. Section 1.  And the maximum

4    penalties -- for which I would direct Your Honor, the Court, to

5    Paragraphs 6 and 7 of the plea agreement.

6    The maximum penalty for a corporation in violation of

7    Section 1 of the Sherman Act is a fine in the amount equal to

8    the greatest of $100 million or twice the pecuniary gain or loss

9    as a result of the claim.

10   Additionally, a court may order a term of probation of not

11   more than five years, restitution to the victims of the offense,

12   and a $400 special assessment.

13   **THE COURT:**  All right.  Ms. Irvin, you understand the nature

14   of the charge and the potential maximum statutory penalties

15   here?

16   **MS. IRVIN:**  Yes, I do.

17   **THE COURT:**  All right.  Waive detailed reading of the

18   information in this case?

19   **MS. IRVIN:**  Yes.

20   **MR. OLSON:**  Yes, Your Honor.

21   **THE COURT:**  All right.  Let me ask, on behalf of your

22   employer, Bumble Bee Tuna, has the defendant been forced or

23   threatened into this plea agreement?

24   **MS. IRVIN:**  No, sir.

25   **THE COURT:**  Have any promises been made to Bumble Bee Tuna,

1  other than what is in plea agreement?

2      **MS. IRVIN:**  No.

3      **THE COURT:**  And this plea agreement has been thoroughly

4  discussed with counsel?

5      **MS. IRVIN:**  Yes, Your Honor.

6      **MR. OLSON:**  Yes, Your Honor.

7      **THE COURT:**  All right.  And you've had an opportunity, on

8  behalf of Bumble Bee Tuna, to thoroughly go through this written

9  plea agreement?

10     **MS. IRVIN:**  Yes, I have.

11     **THE COURT:**  And you understand it?

12     **MS. IRVIN:**  Yes, I do.

13     **THE COURT:**  And you have discussed it with your lawyer?

14     **MS. IRVIN:**  Yes, I have.

15     **THE COURT:**  All right.  Maybe you can briefly summarize the

16  salient terms of the plea agreement, to make sure that we are

17  all on the same page.

18     **MS. WULFF:**  Your Honor, the plea agreement is a

19  Rule 11(c)(1)(C) plea agreement, the terms of which are that

20  Bumble Bee will pay a 25 -- or Bumble Bee Foods LLC will pay a

21  $25 million criminal fine, in installments, with a waiver of

22  interest, pursuant to 18 U.S.C. Section 3612(f)(3)(A).

23      And the payment schedule is such that the first payment will

24  be made within 30 days of judgment, and subsequent payments made

25  each year on the anniversary of judgment.  The payments will be

1    on the order of $2 million, $2 million, $4 million, $4 million,

2    $6 million, and $7 million.

3         Additionally, Big Catch Cayman LP will pay a maximum

4    criminal fine of $81.5 million, only in the event of a

5    qualifying transaction as defined in Attachment A to the plea

6    agreement.

7         Bumble Bee Foods LLC will pay $400 special assessment.

8         There will be no order of restitution, in light of the civil

9    cases pending in the Southern District of California.

10        And Bumble Bee will continue to provide full, truthful, and

11   continuing cooperation in the ongoing investigation.

12        **THE COURT:**  And in the event of failure to fill that

13   cooperation obligation, can you explain what the potential

14   consequences are?

15        **MS. WULFF:**  The government would bring that to the Court's

16   attention, and Bumble Bee would be in violation of the plea

17   agreement.

18        **THE COURT:**  And if so found by the Court, that would give

19   the government the right to withdraw from this plea agreement?

20        **MS. WULFF:**  That's correct, Your Honor.

21        **THE COURT:**  And it also calls for -- the plea agreement

22   calls out for the cooperation of particular groups of people.

23        **MS. WULFF:**  That's correct.  I'm happy to enumerate them, if

24   Your Honor has questions.

25        **THE COURT:**  Well, it's in the plea agreement.  And --

1     **MS. WULFF:**  That's correct.  I believe it's in Paragraphs 13

2   and 14 of the plea agreement.

3     **THE COURT:**  All right.

4     Ms. Irvin, what was just described, is that consistent with

5   your understanding of the plea agreement?

6     **MS. IRVIN:**  Yes, it is.

7     **THE COURT:**  All right.  And you have signed this -- let me

8   make sure of the signature that's on the plea agreement.  It is

9   signed by the government, and by you, as senior vice-president

10   and general counsel.  Correct?

11     That's your signature on the plea agreement (Indicating)?

12     **MS. IRVIN:**  Yes.  Yes, it is.

13     **THE COURT:**  All right.  All right.  Now, normally a

14   presentence report would be prepared by Probation.  But it

15   appears that the parties are asking that that process be waived

16   here.

17     **MS. WULFF:**  That's correct, Your Honor.

18     **THE COURT:**  And this is what we call a binding plea

19   agreement, which means that -- you heard the provisions of the

20   sentence here, and of the fines.  But it is up to the Court

21   ultimately to accept or reject that plea agreement.

22     So you understand that if I were to -- if you were to go

23   ahead and plead pursuant to this agreement, but I disagreed and

24   rejected it, either party would have the right to withdraw from

25   the plea agreement.

1    **MS. IRVIN:**  I understand that.

2    **THE COURT:**  And you understand that there are -- now, you

3    discussed the sentencing guidelines with your counsel, and

4    understand how those work?

5    **MS. IRVIN:**  Yes.

6    **THE COURT:**  And, you understand that the sentencing

7    guidelines, although it's something that the Court considers, is

8    not binding on the Court?  The Court could impose a sentence

9    that is different from that which is called for within the

10   guidelines.

11   **MS. IRVIN:**  I understand.

12   **THE COURT:**  All right.  Ms. Wulff, could you state the

13   elements of the offense?

14   **MS. WULFF:**  Certainly, Your Honor.  And here, I'm reading

15   substantially from Paragraph 5 of the plea agreement.

16   At trial, the United States would prove beyond a reasonable

17   doubt the existence of the charged conspiracy, that the

18   defendant knowingly participated in the conspiracy, and that the

19   conspiracy substantially affected interstate commerce.

20   **THE COURT:**  All right.  We need to make sure there's a

21   factual basis for the plea.

22   Paragraph 4 of the plea agreement and subparagraphs (a),

23   (b), (c) and (d) set forth in some detail the facts of the

24   conspiracy here, or of the agreement.

25   Are those facts -- have you had a chance to read those

1   paragraphs carefully?

2      **MS. IRVIN:**  Yes, I have.

3      **THE COURT:**  And all the facts therein are true?

4      **MS. IRVIN:**  Yes, they are.

5      **THE COURT:**  In sum and substance, the high-level personnel

6   of Bumble Bee Tuna participated in a conspiracy amongst other

7   packaged seafood producing firms to fix, raise, and maintain

8   prices of packaged seafood sold in the United States; is that

9   true?

10      **MS. IRVIN:**  Yes.

11      **THE COURT:**  All right.  Well, then, I find that there is a

12   factual basis for the plea, particularly since the defendant,

13   through its representatives, have gone through and acknowledged

14   the accuracy of the facts set forth in Paragraph 4(a), (b), (c)

15   and (d) of the plea agreement; and that on behalf of Bumble Bee,

16   the defendant, Ms. Irvin understands the rights of Bumble Bee

17   Tuna, knowingly waives those rights, and knowingly and

18   intelligently can enter a guilty plea on behalf of the company.

19      The plea agreement has been signed.  So why don't we go

20   ahead and enter the plea.

21      Ms. Irvin, how do you plead with respect to -- on behalf of

22   Bumble Bee Foods, to the sole count of the information, charging

23   Bumble Bee with a violation of the Sherman Act?  Guilty or not

24   guilty?

25      **MS. IRVIN:**  Guilty, Your Honor.

1    **THE COURT:**  All right.  A guilty plea will be recorded for

2    the record.  And at this point we should move on to the

3    sentencing phase.

4        There are portions under seal, so stop me if I say something

5    that I shouldn't.

6        But as I understand it, the gist of this is that through

7    guideline calculations or through the fine calculations that are

8    set forth in the sentencing guidelines, there would normally be

9    a base fine of 113.5 million, which is 20 percent of the volume

10   of the affected commerce as calculated by the government and by

11   the defendant.

12       And that with a culpability score, adjusted score of 6 as

13   set forth in the government's sentencing memo at Page 9, that

14   would suggest a minimum and maximum multiplier of 1.2, 2.4,

15   which would suggest a fine range of 1.36.2 -- I'm sorry -- 136.2

16   to 272.4 million.

17       But that for various reasons, including those set forth in

18   Page 10, the fact that, for instance, Bumble Bee faces exposure

19   with civil litigation in the Southern District, there is no

20   evidence of pecuniary loss -- actually, let me ask you about

21   that.

22       There is a representation here that the government does not

23   have any evidence of pecuniary loss --

24   **MS. WULFF:**  I believe it's non-pecuniary loss, Your Honor.

25   **THE COURT:**  Non-pecuniary loss.  Right.  I imagine there

1    would have been evidence of pecuniary.

2         **MS. WULFF:**  That would be a rather important distinction.

3         **THE COURT:**  Yes.  Let me put the "non" back in.

4         Given that there is no evidence of a non-pecuniary loss, no

5    evidence of a vulnerable victim or a history of antitrust

6    misconduct by Bumble Bee, or of any criminal record of any of

7    Bumble Bee's relevant employees, the parties agree that the

8    proper starting point is at the bottom of the guideline fine

9    range, which is the 136.2.

10        But because of the financial situation that's been set forth

11   both by the government's and Bumble Bee's experts, accounting

12   experts, under Sentencing Guideline 8C3.3, there's an inability

13   to pay the fine of that magnitude.

14        And without disclosing all of the details, there's a fair

15   amount of granular detail that's contained in the various

16   declarations describing the current financial situation and

17   obligations that make it impossible for a fine exceeding

18   $25 million to be imposed, and that to impose a fine in excess

19   of that would have huge adverse consequences financially, to the

20   point of defeating any potential restitution or anything else.

21        So, evidently, it's been determined by the parties and their

22   experts that this is the maximum fine that can be imposed.  But

23   with a kicker, in the event of a qualified event, that allows

24   for some additional recovery if, in fact, the -- I guess it's

25   the parent company of Bumble Bee Tuna, or the effective parent,

1    I guess, or -- I don't know if it's an investor?  Parent?

2    What's the proper terminology here?

3        **MS. WULFF:**  If you're talking about the entity that owns

4    Bumble Bee?

5        **THE COURT:**  Well, the one that would pay the 81 --

6        **MS. WULFF:**  Ah.  Yes.  Big Catch Cayman LP is the ultimate

7    owner of Bumble Bee Foods.

8        **THE COURT:**  Right.  And there may be some additional

9    payments due, if a qualified transaction takes place.

10       **MS. WULFF:**  That's correct, Your Honor.  Well, not that

11   there may be payments due.  If a qualifying transaction occurs,

12   there will be additional payments due.

13       **THE COURT:**  Well, but it depends on the amount -- it's over

14   a net --

15       **MS. WULFF:**  That's correct.  Although I believe, Your Honor,

16   that's subsumed in the definition of whether or not the event is

17   a qualifying transaction.

18       **THE COURT:**  Oh, all right.  All right.

19       The idea is that, frankly, any profit that is made by the

20   ultimate owner, there's going to be something -- the fine will

21   reflect that there's going to be some payment if there's a

22   qualifying transaction.

23       **MS. WULFF:**  (Nods head)

24       **THE COURT:**  So that's my understanding of the basis of this

25   agreement.  I mean, it does certainly raise flags when you see

1    -- oh.  And then there's the cooperation, as well.

2        And, and the government has asked for a downward departure

3     that would bring the base amount agreed upon down lower, to a

4    range that's closer to the 80-something.

5        **MS. WULFF:**  The 81.5.

6        **THE COURT:**  The $81.5 million range.  So the further

7    reduction down, the 25, is really the financial inability.  So

8    there are two sort of points of deviation.  One is the

9    cooperation; one is the inability to pay.  That's tempered by a

10    possible kicker.

11        **MS. WULFF:**  That's correct, Your Honor.

12        **THE COURT:**  All right.  Any further comments you would like

13    to make about why this agreement should be endorsed by the

14    Court?

15        **MS. WULFF:**  Your Honor, the parties have spent a long time

16    investigating this case, and have devoted significant resources

17    also to negotiating the plea agreement.

18        And ultimately, the parties find that the resolution we

19    presented to this matter before Your Honor today is the

20    appropriate resolution, based on the facts at hand.

21        It represents the significant cooperation that Bumble Bee

22    has provided, the timeliness of that cooperation, while also

23    taking into account the particulars of Bumble Bee's financial

24    condition.

25        **THE COURT:**  Amongst the co-conspirators, I forget whether

1  there's an indication whether there was either a lesser share or

2  lesser role where Bumble Bee fits, relative to the other

3  players.

4      Where in that hierarchy, relatively -- not dollar-wide, but

5  I mean, ranking -- are they the smallest fish, if you will?

6  Middle fish?  Big fish?

7      **MS. WULFF:**  Your Honor, in light of the fact that the grand

8  jury investigation is ongoing, and some targets have not yet

9  been indicted, the government does not feel that it can specify

10  the exact sort of ratio in terms of how Bumble Bee fits into the

11  conspiracy, particularly in light of these relatively few number

12  of players at issue.

13      **THE COURT:**  What about -- let me ask, I think I understand

14  the financial affidavits that were filed.  I don't know -- I

15  guess there is a representation about current assets, right, in

16  there?  There's something about --

17      **MS. WULFF:**  In terms of its ability to actually pay the

18  25 million?

19      **THE COURT:**  Its limited availability -- well, given the

20  various other obligations, it's fair to say I rightly conclude

21  that the current asset situation is -- makes -- is one reason

22  why you're entering into this.

23      **MS. WULFF:**  That's correct, Your Honor.

24      **THE COURT:**  And it's also -- it appears that it's important

25  to Bumble Bee to get some certainty in this process sooner,

1    rather than later.

2        **MS. WULFF:**  That's correct, Your Honor.  That's partially

3    the reason for both the C deal and the parties' request for

4    expedited sentencing.

5        **THE COURT:**  And it's the government's opinion that if I

6    don't approve of this quickly, or if I don't approve of this at

7    all, it could redound to the detriment of not only the company,

8    but others affected by the company.  Whether it's other -- you

9    know, the ability to collect on the civil side of things,

10   creditors, et cetera, et cetera.

11       **MR. KUMAR:**  As well as, Your Honor, the ability of the

12   government to collect a criminal fine in this case.  That's

13   correct, Your Honor.

14       **THE COURT:**  So this is the best possible deal you could get.

15       **MS. WULFF:**  The government believes so, Your Honor.

16       **THE COURT:**  Any comments on behalf of Bumble Bee Foods?

17       **MR. OLSON:**  No.  We would agree with that, Your Honor.

18       If the Court has any questions for us, we're happy to answer

19   them.

20       **THE COURT:**  All right.  Well, I think it is incumbent upon

21   the Court to scrutinize a settlement such as this, which is

22   substantially below what the guideline range is.

23       But in this case, I'm satisfied that the sort of double

24   discounts that were taken were -- are justified, because we've

25   had both expert analysis by Bumble Bee Foods, but also, perhaps

even more importantly, by the government, with an expert who is well-versed in these kinds of matters, in order to reach this conclusion.  And having read those reports, they appear to me to be logical, credible, and reliable.

And if the information contained therein is true, a rejection of this settlement agreement -- or this plea agreement could lead to worse things, and perhaps no recovery at all on behalf of the government.

And so, in light of these circumstances and what's been represented to the Court, I am prepared to accept the plea agreement.

Now, do I have a proposed judgment to read?

**MS. WULFF:**  We have not submitted one to Your Honor.  The parties will be happy to confer, and perhaps email one to chambers.  However Your Honor wishes to proceed.

**THE COURT:**  Well, I think I need to articulate for the record exactly what the sentence is.

And before I do that, let me confirm that the guideline calculations which I have reviewed, which are contained in Page -- on Page 8, 9 and 10, and which I have articulated already, sort of summarized, I adopt and find that to be an accurate application of the guidelines.  That based on the culpability score, the base fine, and the particular multipliers, we do have a minimum -- the bottom-line range is 136.2, with the 5K1 cooperation departure which I'm going to grant, which brings it

1      down to, I think, 81 -- the number is 81 --

2          **MR. KUMAR:**  Point 5.

3          **THE COURT:**  -- .5, and then, given the inability to pay,

4      which also is a recognized factor under Sentencing Guideline

5      Section 8C3.3, that the ultimate fine of $25 million is

6      appropriate.

7          It cannot be made in one payment, for the reasons set forth

8      in the record before me.  Therefore, I will impose the following

9      judgment, as best I can, orally?  Or do you have a cheat sheet?

10         **MS. WULFF:**  Your Honor, the government has also written out

11     some language on the proposed judgment form.

12         **THE COURT:**  Oh.

13         **MS. WULFF:**  Can I hand it to --

14         **THE COURT:**  Okay.

15         **MR. OLSON:**  Can I just review that?

16         (Document tendered to counsel)

17         **MR. OLSON:**  Thank you.

18         (Document handed up to the Court)

19         **THE COURT:**  All right.  So, pursuant to the Sentencing

20     Reform Act, I'm going to impose the following sentence on Bumble

21     Bee Foods LLC:  Defendant is ordered to pay a $25 million

22     criminal fine to the United States, without interest accruing,

23     under 18 U.S.C. Section 3572(d)(1), in six installments, as set

24     out in the schedule of payments below.

25         And I believe, although there's not something here but it's

1  in the plea, it's in the sentencing memorandum --

2      **MS. WULFF:**  I can hand Your Honor that page as well.

3      **THE COURT:**  Oh, all right.  That would be --

4      (Document tendered)

5      **MR. OLSON:**  Yeah, thank you.

6      **MS. WULFF:**  Uh-huh.

7      (Document handed up to the Court)

8      **THE COURT:**  All right.  The payment will be made as follows:

9  $2 million within 30 days, $2 million on the first anniversary

10  of judgment, $4 million on the second anniversary of the

11  judgment, $4 million on the third anniversary of judgment,

12  $6 million on the fourth anniversary of the judgment, and

13  $7 million on the fifth anniversary of the judgment.

14      Except as provided in Attachment A to the plea agreement,

15  filed under seal, the defendant may not pre-pay the remaining

16  balance then owing on the imposed criminal fine before the

17  five-year anniversary of imposition of judgment or completion of

18  the scheduled payments.

19      Additionally, Big Catch Cayman LP is ordered to pay the

20  United States a maximum criminal fine of $81.5 million, only in

21  the event of a sale subject to the terms -- or qualified

22  transaction subject to the terms and conditions described in

23  Attachment A to the plea agreement, which is filed under seal.

24      And as we have discussed, I don't know if it's part of the

25  plea agreement, but with respect to cooperation, parties have an

1　understanding that if there is a problem with respect to

2　cooperation, that the government can move to come back to this

3　Court and seek to void this plea agreement.

4　　　Correct?

5　　　**MS. WULFF:**  That's correct, Your Honor.

6　　　**THE COURT:**  All right.  Is there anything else that I need

7　to recite for the record?

8　　　**MS. WULFF:**  Does Your Honor wish to make a finding as to

9　when the $400 special assessment would be due?

10　　　**THE COURT:**  Yeah, that $400 special assessment should be

11　paid within 30 days of today's date to this Court.

12　　　I think I also have to make a finding that restitution will

13　not be imposed in this matter, in light of the antitrust civil

14　action that is now pending.  And, and therefore, it is

15　appropriate to waive any restitution in this criminal case in

16　favor of a possible payment, should liability be established in

17　the civil case.

18　　　I should also state that with respect to probation, it

19　appears that neither side is recommending probation, although I

20　have the ability to impose probation.  But in view of the

21　reforms that have been set forth that are described both in the

22　government's brief as well as Bumble Bee's brief in terms of the

23　changes that have been set forth, I will not impose a term of

24　probation at this juncture.

25　　　But let me ask, if there is not cooperation, that's back on

1   the table as well.  Correct?

2       **MS. WULFF:**  That's correct, Your Honor.

3       **THE COURT:**  All right.  Now, finally, with respect to crime

4   victims, this is a question I've had.  The brief states that the

5   government has notified the victims of the plea and sentencing.

6       Have you received any notice from any victims that they

7   would like to -- any victim statement been filed?

8       Or is there anybody here that would like to speak, as a

9   victim?

10      **MS. WULFF:**  The government is not aware of any victim

11  statements that have been filed.  Unaware that there are any in

12  the courtroom.

13      **THE COURT:**  All right.  Well, I'll ask formally in the

14  courtroom whether there are any victims who would like to

15  exercise their rights under the Crime Victims Rights Act to make

16  any presentation here.

17      (No response)

18      **THE COURT:**  All right.  Nobody has responded, and the

19  government has represented to me that there have been no victim

20  impact statements or statements filed with the government.  Or

21  submitted to the government.

22      **MS. WULFF:**  That's correct.

23      **THE COURT:**  And so, with that, that is the judgment and

24  order of this Court.

25      **MS. WULFF:**  Thank you, Your Honor.

1    **THE COURT:**  All right?

2    **MR. OLSON:**  Thank you, Your Honor.

3    **THE COURT:**  Thank you.

4    **MR. KUMAR:**  Thank you, Your Honor.

5    **THE COURT:**  Here's the --

6    (Document handed down)

7    **THE COURT:**  So I will need a form of judgment.  Normally

8    Probation does that, but I --

9    **MS. WULFF:**  Would you like us to email that to the courtroom

10   deputy?

11   **THE CLERK:**  Yes.

12   **THE COURT:**  Yeah.

13   **THE CLERK:**  Email to me.  Thank you.

14   Court is adjourned.

15   (Proceedings concluded)

16

17

18

19

20

21

22

23

24

25

1

2

3

4                    **<u>CERTIFICATE OF REPORTER</u>**

5        I, BELLE BALL, Official Reporter for the United States

6  Court, Northern District of California, hereby certify that the

7  foregoing is a correct transcript from the record of proceedings

8  in the above-entitled matter.

9

10

11        _____
                      /s/ Belle Ball

12        Belle Ball, CSR 8785, CRR, RDR

13              Friday, August 4, 2017

14

15

16

17

18

19

20

21

22

23

24

25