Pages 1 - 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE ELIZABETH D. LAPORTE, MAGISTRATE JUDGE

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     v.                        )    NO. 3:17-cr-00249-EMC
                               )
BUMBLE BEE FOODS, LLC,         )
                               )
          Defendant.           )    San Francisco, California
_____)    Wednesday, August 2, 2017
```

**TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING OF PROCEEDINGS**
FTR 9:35 a.m. - 9:39 a.m. = 4 minutes

APPEARANCES:

For Plaintiff:            BRIAN J. STRETCH
                          United States Attorney
                          For the Northern District of California
                          450 Golden Gate Avenue
                          San Francisco, California  94102
                    BY:   **LESLIE ALLEN WULFF**
                          Assistant United States Attorney

For Defendant:            O'Melveny & Myers LLP
                          400 South Hope Street
                          Los Angeles, California  90071
                    BY:   **STEVEN JAMES OLSON**


Also Present:   Jill Irvin
                General Counsel and Corporate Representative
                Bumble Bee Foods, LLC


Transcribed by:           Leo T. Mankiewicz, Transcriber
                          leomank@gmail.com
                          (415) 722-7045

1    <u>Wednesday, August 2, 2017</u>

2                                                              9:35 a.m.

3                         P R O C E E D I N G S

4            **THE CLERK:** Now calling 17-CR-249, USA versus Bumble

5    Bee Foods.  Counsel, please approach the podiums and state your

6    appearances.

7            **MS. WULFF:** Good morning, your Honor.  Leslie Wulff

8    on behalf of the United States.

9            **THE COURT:** Thank you.

10           **MR. OLSON:** Good morning, your Honor.  Steven Olson

11   on behalf of defendant Bumble Bee Foods.

12           **THE COURT:** Thank you.  All right, and who is

13   representing the defendant?

14           **MR. OLSON:** I am.

15           **THE COURT:** I mean, is there a client?

16           **MR. OLSON:** Yes, Jill Irvin, the General Counsel of

17   Bumble Bee Foods.

18           **THE COURT:** All right.  So I think she should stand

19   with you, then, and state her name for the record.

20           **MS. IRVIN:** Yes, Jill Irwin with Bumble Bee Foods,

21   General Counsel.

22           **THE COURT:** Thank you.  All right, so this is an

23   initial appearance on a felony information.  The purpose of

24   these proceedings is to advise you of the charges, advise you

25   of the rights and set further proceedings.

1          Have you just stated your true name?
2          **MS. IRVIN:**  Yes.
3          **THE COURT:**  I don't think we need her age, because
4  it's a corporation, right?
5          **MR. OLSON:**  Correct.  Very young, your Honor.
6          **THE COURT:**  I'm sure.  Everybody's younger than me
7  these days, so....
8          All right, and you have a right to an attorney.
9  I see that you have an attorney.  These are criminal
10 proceedings.  No statement has to be made to the government.
11 Anything -- any statement made can be used against the company
12 defendant.
13         You also have a right to have the government proceed
14 by way of indictment as opposed to information, at which a
15 quorum of the grand jury would have to be present, a majority
16 of them vote to charge you, the company, with this offense, and
17 do you agree to waive that right?
18         **MS. IRVIN:**  Yes, your Honor.
19         **THE COURT:**  All right, have you signed a waiver?
20         **MS. WULFF:**  And I believe they've signed a waiver of
21 indictment form, your Honor.
22         **THE COURT:**  Thank you.  All right, would you
23 summarize the charges and the potential maximum penalty?
24         And you have a copy of the information?
25         **MR. OLSON:**  Yes.

1          **THE COURT:**  All right.
2          **MS. WULFF:**  Bumble Bee has been charged with a
3    single-count violation of the Sherman Act, 15 U.S.C. Section 1,
4    and the maximum penalties, your Honor, is that what...?
5          **THE COURT:**  Yes.
6          **MS. WULFF:**  Yes.  The maximum penalty for a
7    corporation in violation of Section 1 of the Sherman Act is a
8    fine in the amount equal to the greatest of $100 million or
9    twice the pecuniary gain or loss from the crime.  Additionally,
10   a court may order a term of probation of not more than five
11   years, restitution to the victims of the offense, and a $400
12   special assessment.
13         **THE COURT:**  All right, so on behalf of the company,
14   do you understand the nature of the charges and the potential
15   maximum penalty?
16         **MS. IRVIN:**  Yes, I do.
17         **THE COURT:**  All right, and as of now, do you wish to
18   enter a not guilty plea?
19         **MS. IRVIN:**  Yes.
20         **THE COURT:**  All right.  So then I take it there's no
21   request for detention.
22         **MS. WULFF:**  No, there's not, your Honor.
23         **THE COURT:**  All right, and do you want to set an
24   appearance in front of Judge Chen?
25         **MS. WULFF:**  We are appearing before Judge Chen this

1  afternoon at 2:30 for a change of plea and expedited
2  sentencing.
3              **THE COURT:**  All right, very good.  Is there
4  anything -- and no reporting to the marshal for processing.
5              **MS. WULFF:**  No.  No, thank you, your Honor.
6              **THE COURT:**  A real person, though, a corporation.
7  So how do we think about this?
8              But anyway, thank you.  I think that's it, right?
9              **MS. WULFF:**  I think that's it, your Honor.  Thank
10 you.
11             **THE COURT:**  All right, thank you.
12             **MR. OLSON:**  Thank you, your Honor.
13                                                      9:39 a.m.
14                            ---o0o---

1
2
3  **CERTIFICATE OF TRANSCRIBER**
4
5           I, Leo Mankiewicz, certify that the foregoing is a
6  true and correct transcript, to the best of my ability, of the
7  above pages of the official electronic sound recording provided
8  to me by the U.S. District Court, Northern District of
9  California, of the proceedings taken on the date and time
10 previously stated in the above matter.
11          I further certify that I am neither counsel for,
12 related to, nor employed by any of the parties to the action in
13 which this hearing was taken; and, further, that I am not
14 financially nor otherwise interested in the outcome of the
15 action.
16
17 _____  08/24/2017
18      Signature of Transcriber        Date
19
20
21
22
23
24
25